People v Frasier (2025 NY Slip Op 03775)

People v Frasier

2025 NY Slip Op 03775

Decided on June 24, 2025

Appellate Division, First Department

Published by New York State Law Reporting Bureau pursuant to Judiciary Law § 431.

This opinion is uncorrected and subject to revision before publication in the Official Reports.

Decided and Entered: June 24, 2025

Before: Webber, J.P., Friedman, Kapnick, Higgitt, Michael, JJ. 

Ind. No. 721/20|Appeal No. 4625|Case No. 2024-01510|

[*1]The People of The State of New York, Respondent,
v
Shanasier Frasier, Defendant-Appellant.

Jenay Nurse Guilford, Center for Appellate Litigation, New York (Rina Victoria DeFrancesco of counsel), for appellant.
Darcel D. Clark, District Attorney, Bronx (Owen Braley and Lindsey Richards of counsel), for respondent.

An appeal having been taken to this Court by the above-named appellant from a judgment of the Supreme Court, Bronx County (Judith S. Lieb, J.), rendered February 21, 2024,
Said appeal having been argued by counsel for the respective parties, due deliberation having been had thereon, and finding the sentence not excessive,
It is unanimously ordered that the judgment so appealed from be and the same is hereby affirmed.
THIS CONSTITUTES THE DECISION AND ORDER OF THE SUPREME COURT, APPELLATE DIVISION, FIRST DEPARTMENT.
ENTERED: June 24, 2025
Counsel for appellant is referred to § 606.5, Rules of the Appellate Division, First Department.